W. A. IVES MFG. CO. v. SMITH & HEMENWAY CO.    (No. 6763.)

(Supreme Court, Appellate Division, First Department.    January 15, 1915.)

Costs (§ 136*)—Security for Payment—Time for Application—Answer.

 The right to require plaintiff to give security for costs is waived by answer before motion for such security.

 [Ed. Note.—For other cases, see Costs, Cent. Dig. §§ 531–536; Dec. Dig. § 136.*]

Appeal from Special Term, New York County.

Action by the W. A. Ives Manufacturing Company against the Smith & Hemenway Company. From an order directing plaintiff to give defendant security for costs, plaintiff appeals. Reversed, and motion for security denied.

Argued before INGRAHAM, P. J., and McLAUGHLIN, LAUGHLIN, SCOTT and DOWLING, JJ.

Franklin Bien, of New York City, for appellant.

Mervyn Mackenzie, of New York City, for respondent.

PER CURIAM. As the defendant answered before he made his motion to compel the plaintiff to give security for costs, his right to require such security was waived.

The order appealed from is reversed, with $10 costs and disbursements, and the motion denied, with $10 costs.

---

*For other cases see same topic & §.NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes